UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 14-0077 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| JUANITA WOODS | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Juanita Woods, and adjudges her guilty of the offense charged in Count One of the Bill of Information against her.

MONROE, LOUISIANA, this 20th day of August, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE